IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RALPH N. LESTER,

    Plaintiff,

vs.                                        No. CIV 13-0127 JB/KBM

STAN HARADA, NICHOLAS BULLOCK,
THE ADMINISTRATIVE HEARING
OFFICE (AHO), and the
CITY OF ALBUQUERQUE,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order Denying IFP and Dismissing Complaint, filed November 30, 2013 (Doc. 13), which adopted the Chief Magistrate Judge's Analysis and Recommended Disposition, filed June 11, 2013 (Doc. 11)("Recommended Disposition"). The Court, having adopted the Recommended Disposition, will now enter final judgment in this matter.

**IT IS ORDERED** that this action is hereby dismissed without prejudice, and judgment is entered in favor of the Defendants.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE

*Parties*:

Ralph N. Lester
Albuquerque, New Mexico

    *Petitioner pro se*